**No. 10-9827. Joaquin Suarez Flores, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3515.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 385 Fed. Appx. 881.